IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CAR WASH HOLDING CORP. LLC,   )
     Appellant,               )  Civil Action No. 10-1392
                              )
     v.                       )  Procedural Order for
                              )   Bankruptcy Appeals
DOLLAR BANK F.S.B., ET AL.,   )
     Appellees.               )
```

ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1) The appellant shall serve and file their brief by November 5, 2010;

(2) The appellees shall serve and file their brief by November 22, 2010;

(3) The appellant may serve and file a reply brief by December 3, 2010;

(4) No extensions of time will be permitted without order of the Court.

BY THE COURT:

s/Gary L. Lancaster     ,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

Dated: October 21, 2010

cc: All parties of record