IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CIVIL ACTION NO. 10-1392 |
| | ) | (BANKRUPTCY CT. NO. 09-24320) |
| CAR WASH HOLDING CORP, LLC | ) | |
| | ) | BANKRUPTCY APPEAL |
| APPELLANT, | ) | |
| VS. | ) | |
| | ) | |
| DOLLAR BANK F.S.B., ET AL, | ) | |
| | ) | |
| APPELLEES. | ) | |

## NOTICE OF WITHDRAWAL OF APPEAL

The Appellant, Car Wash Holding Corp, LLC hereby withdraws its appeal.

Date: November 11, 2010

By: /s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
Counsel for Debtor/Appellant
650 Corporation Street
Suite 304
Beaver, PA 152009
(724) 770-1040    I.D. # 60030

SO ORDERED, this 11TH day of November, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge